1  Douglas E. Dexter (State Bar No. 115868)
   ddexter@fbm.com
2  Kelly M. Matayoshi (State Bar No. 284596)
   kmatayoshi@fbm.com
3  Daniela Archila (State Bar No. 334393)
   darchila@fbm.com
4  Farella Braun + Martel LLP
   235 Montgomery Street, 17th Floor
5  San Francisco, California 94104
   Telephone: (415) 954-4400
6  Facsimile: (415) 954-4480

7  Attorneys for AMAZON.COM, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| STEPHANIE HERNANDEZ, | Case No. |
|---|---|
| Plaintiff, | **DEFENDANT AMAZON.COM, INC.'S NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §1441(b)** |
| vs. | |
| AMAZON.COM, INC. and DOES 1 through 25, et al., | [COUNTY OF FRESNO SUPERIOR COURT. CASE NO. 21CECG01378] |
| Defendants. | Date Action Filed:   May 13, 2021 |

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND PLAINTIFF STEPHANIE HERNANDEZ:

PLEASE TAKE NOTICE that Defendant AMAZON.COM, INC., pursuant to 28 U.S.C. § 1441(b), hereby removes the above-entitled action to this Court from the Superior Court of the State of California in and for the County of Fresno.

I.  **FACTUAL AND PROCEDURAL BACKGROUND**

On May 13, 2021, Plaintiff STEPHANIE HERNANDEZ ("Plaintiff") filed a civil complaint in the Superior Court of the State of California, County of Fresno, entitled *Stephanie Hernandez v. AMAZON.COM, INC., et al.,* Case No. 21CECG01378. A true and correct copy of the Complaint, together with its Civil Case Cover Sheet, is attached at **Exhibit A** (hereinafter the "Complaint").

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

41991\14815677.1

DEFENDANT AMAZON.COM SERVICES LLC'S NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §§ 1332 & 1441(b) (DIVERSITY) - Case No. 21CECG01378

In her Complaint, Plaintiff alleges seven causes of action against Amazon.com, Inc.: (1) Disability Discrimination (FEHA); (2) Retaliation (FEHA); (3) Failure to Prevent (FEHA); (4) Failure to Engage in the Interactive Process (FEHA); (5) Wrongful Termination (FEHA; California Labor Code §§245-249); (6) Breach of Employment Contract; and (7) Breach of Implied Covenant of Good Faith & Fair Dealing. *See* **Exh. A**. Plaintiff seeks compensatory damages, general damages, attorney's fees, prejudgment interest, post-judgement interest, punitive damages, and for such other and further relief as the Court deems just and proper. *See* **Exh. A** at p. 9.

On November 5, 2021, Plaintiff filed an Amendment to Complaint Substituting True Name of Defendant for Doe naming Amazon.com Services LLC as Doe 1.[1]  A true and correct copy of the First Amended Complaint is attached at **Exhibit B.**

On April 22, 2022, Plaintiff filed a Second Amendment to Complaint Substituting True Name of Defendant for Doe naming Amazon.com Services, Inc. as Doe 2.  A true and correct copy of the Second Amended Complaint is attached at **Exhibit C.**  Amazon.com Services, Inc. changed its name to Amazon.com Services LLC effective December 12, 2019.

On or around April 23, 2022, service of Plaintiff's Complaint was effectuated on Amazon.com, Inc. To date, Defendant Amazon.com, Inc. is the only defendant that has been served.

On May 20, 2022, Amazon.com, Inc. answered Plaintiff's Complaint in state court. *See* **Exhibit D** (Amazon.com, Inc.'s Answer to Plaintiff Stephanie Hernandez's Unverified Complaint).

On May 23, 2022, Amazon.com Services LLC answered Plaintiff's Complaint in state court. *See* **Exhibit E** (Amazon.com Services LLC's Answer to Plaintiff Stephanie Hernandez's Unverified Complaint). Defendant Amazon.com Services LLC has not yet been served.

---

[1] Plaintiff named "AMAZON.COM SERVICES, LLC" in this action, but Defendant is not aware of a legal entity named "AMAZON.COM SERVICES, LLC." Defendant assumes that Plaintiff meant to name "AMAZON.COM SERVICES LLC" and files this notice of removal on that entity's behalf.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

2

41991\14815677.1

DEFENDANT AMAZON.COM SERVICES LLC'S NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §§ 1332 & 1441(b) (DIVERSITY) - Case No. 21CECG01378

## II. THE NOTICE OF REMOVAL IS TIMELY

This Notice of Removal has been timely filed within thirty (30) days after "service on that defendant of the initial pleading." *See* 28 U.S. §1446(b)(2)(B).

## III. THIS COURT HAS DIVERSITY JURISDICTION

This case is removable because this Court has original jurisdiction based on the parties' diversity of citizenship. *See* 28 U.S.C. § 1332(a) ("The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000 . . . and is between . . . citizens of different States[.]"). First, Plaintiff and Amazon.com, Inc. are citizens of different states. Plaintiff's Complaint alleges that she resides in the state of California and has lived in California at all relevant times. *See* **Exh. A** at ¶ 1, pg. 1.

Amazon.com, Inc. is not a citizen of California. Under 28 U.S.C. § 1332(c), a corporation "shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business[.]" Amazon.com, Inc. is a Delaware corporation with its corporate headquarters and principal place of business in Washington. *See* **Exhibit F** (Washington Secretary of State Annual Report for Amazon.com, Inc. listing principal office in Seattle, Washington and incorporation in Delaware).

Amazon.com Services LLC is not a citizen of California.  For purposes of diversity jurisdiction, "a limited liability corporation is a citizen of all of the states of which its owners/members are citizens." *Lindley Contours LLC v. AABB Fitness Holdings, Inc.*, 414 Fed. Appx. 62, 64 (9th Cir. 2011) (citation omitted). At all times relevant to this action, Amazon.com Services LLC's corporate headquarters and principal place of business has been in Seattle, Washington, and Amazon.com Services LLC is now and has been organized under the laws of the State of Delaware. *See* **Exhibit G** (California Secretary of State Statement of Information for Amazon.com Services LLC listing principal office in Seattle, Washington and organized under Delaware law). Amazon.com Services LLC's only member is Amazon.com Sales, Inc., which is a Delaware corporation with its corporate headquarters and principal place of business in Washington. *See* **Exhibit H** (Washington Secretary of State Annual Report for Amazon.com Sales, Inc. listing principal office in Seattle, Washington and incorporation in Delaware).

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

3                                                                                  41991\14815677.1
DEFENDANT AMAZON.COM SERVICES LLC'S NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28
U.S.C. §§ 1332 & 1441(b) (DIVERSITY) - Case No. 21CECG01378

Amazon.com Sales, Inc. is a wholly owned subsidiary of parent company Amazon.com Inc. Thus, diversity of citizenship exists.

In addition, the amount in controversy exceeds $75,000. Though Amazon.com, Inc. denies that Plaintiff is entitled to any damages, Plaintiff seeks compensatory damages, general damages, punitive damages, attorney's fees and costs, and more. *See* **Exh. A** at p. 9. California federal courts have routinely found that the amount-in-controversy requirement is satisfied in cases with similar claims. *See, e.g.*, *Rodriguez v. Home Depot, U.S.A., Inc.*, No. 16-CV-01945-JCS, 2016 WL 3902838, at *1 (N.D. Cal. July 19, 2016) (amount-in-controversy requirement satisfied in wrongful termination case seeking lost wages, equitable relief, restitution, emotional distress damages, punitive damages, and attorneys' fees and costs); *Castanon v. Int'l Paper Co.*, No. 2:15-CV-08362-ODW (JC), 2016 WL 589853, at *1–2 (C.D. Cal. Feb. 11, 2016) (amount-in-controversy requirement satisfied in disability discrimination case seeking lost earnings, emotional distress and punitive damages, and attorneys' fees); *Simmons v. PCR Tech.*, 209 F. Supp. 2d 1029, 1032, 1035 (N.D. Cal. 2002) (amount-in-controversy requirement satisfied in employment discrimination case seeking compensatory damages, punitive damages, emotional distress damages, injunctive relief, and attorneys' fees). Thus, removal is proper based on this Court's diversity jurisdiction.

## IV.  VENUE IS PROPER IN THIS COURT

Pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." This Court embraces the Superior Court of the State of California for the County of Fresno, which is where Plaintiff's Complaint was originally filed. Accordingly, this Court is the appropriate court to which to remove this action.

## V.  NOTICE OF REMOVAL

Amazon.com, Inc. will promptly provide written notice of this Notice of Removal to Plaintiff, and will also file a copy of this Notice of Removal with the Clerk of the Superior Court of the State of California, County of Fresno.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

4

41991\14815677.1

DEFENDANT AMAZON.COM SERVICES LLC'S NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §§ 1332 & 1441(b) (DIVERSITY) - Case No. 21CECG01378

## VI. CONCLUSION

As detailed above, this Court has diversity jurisdiction over this action pursuant to 28 U.S.C. § 1441(b). Having fulfilled all statutory requirements, Amazon.com, Inc. removes this action from the Superior Court of California, County of Fresno to this Court, and requests that this Court assume full jurisdiction over this matter as provided by law.

Dated: May 23, 2022                    FARELLA BRAUN + MARTEL LLP


By: _____/s/ Kelly M. Matayoshi_____
        Kelly M. Matayoshi

Attorneys for Defendant
AMAZON.COM, INC.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

5

41991\14815677.1

DEFENDANT AMAZON.COM SERVICES LLC'S NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §§ 1332 & 1441(b) (DIVERSITY) - Case No. 21CECG01378